UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim. No. 6:10-90-1 |
| STEPHEN JABBOUR | § § | |

**ORDER DENYING DEFENDANT'S REQUEST TO BE RELEASED ON BOND**

On January 7, 2011, the Court entered a finding of guilty on Defendant Stephen Jabbour's plea of guilty to Counts One and Thirteen of the Superseding Indictment. *See* D.E. 27. Specifically, Defendant plead guilty to (1) receiving one child pornographic image, in violation of 18 U.S.C. §2252(a)(2), and (2) possessing a computer that contained numerous images and video files of child pornography, in violation of 18 U.S.C. §2252A(a)(5)(B). Defendant requested that he be allowed to continue his release on bond while he awaits sentencing, which is set for March 31, 2011.

With certain exceptions not applicable to this case, title 18 U.S.C. §3143(a) provides that the Court shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence be detained, unless the Court finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released. 18 U.S.C. §3143(a). During Defendant's re-arraignment, the Court asked Defendant why he engaged in such conduct. Defendant replied that it was a "hobby" and that he found it to be "intriguing." Defendant did not demonstrate

any remorse whatsoever.

Considering the severity and nature of the crimes to which Defendant plead guilty, the voluminous number of victims of Defendant's crimes, and the Defendant's disturbing response to the Court, the Court is unable to find by clear and convincing evidence that Defendant would not pose a danger to the safety of the community if released. Defendant is therefore REMANDED to the custody of the United States Marshal, pursuant to 18 U.S.C. §3143(a).

ORDERED this 14 day of Jan, 2011.

HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE